**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 7, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/10/2026

**BY ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Gerrick Gambrell*, 25 Cr. 256 (MKV)**

Dear Judge Vyskocil:

Defendant Gerrick Gambrell commenced a five-year term of supervised release on April 11, 2025. On May 14, 2026, the defendant filed a *pro se* motion pursuant to 18 U.S.C. § 3583(e)(1) to terminate his term of supervised release. Dkt. No. 3 (the "Motion"). The Government respectfully requests that the Court permit the Government to respond to the Motion by August 27, 2026.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: /s/ Allison Stoddart
Allison Stoddart
Assistant United States Attorney
(212) 637-2237

cc: Gerrick Gambrell (by U.S. Mail)

**Granted. SO ORDERED.**

Date: 8/10/2026
New York, New York

Mary Kay Vyskocil
United States District Judge